UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURICIO HENRIQUEZ, Petitioner, v. MERRICK GARLAND, et al., Respondents. | Case No. 22-cv-00869-JSC **ORDER TO SHOW CAUSE** Re: Dkt. No. 1 |

Petitioner, a detainee in immigration custody, filed a habeas corpus petition pursuant to 28 U.S.C. § 2241.  Petitioner has paid the $5.00 filing fee.  He alleges that the government has violated his Fifth Amendment due process rights by detaining him for 18 months without establishing before an immigration judge that Petitioner presents a risk of flight or danger.  (Dkt. No. 1.)  This claim, when liberally construed, is cognizable and potentially meritorious.  Good cause appearing, Respondents are ordered to show cause why the petition should not be granted.

In order to expedite resolution, it is further ordered as follows:

1. The Clerk shall serve Respondents and Respondents' attorney, the Attorney General of the United States, with a copy of this order and the petition with all attachments.

2. Respondents shall file with the Court and serve on Petitioner, by March 1, 2022, an answer showing cause why a writ of habeas corpus should not be granted based on the claims found cognizable herein.  Respondents shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents by March 8, 2022.

3. The Clerk shall send a notice to Petitioner and Respondents regarding consenting to the jurisdiction of a magistrate judge.

**IT IS SO ORDERED.**

Dated: February 14, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge